# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA v. BEST CHOICE CONSTRUCTION, LLC, et al.

BRIAN D. KARTH, CLERK OF COURT

DEPUTY CLERK  
Jennifer Meismer-House

CASE NO. 3:20-cv-00063-HRH

PROCEEDINGS: **CLERK'S NOTICE**  DATE: April 20, 2023

It appearing from the records (Docket Nos. 47 and 48) in the above-entitled action, summons issued on the amended complaint has been served pursuant to Federal Rules of Civil Procedure upon the below named defendants; and it appearing from the records herein that the below named defendants have failed to plead or otherwise defend in said action as required by said summons and provided for by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for plaintiff, the DEFAULT as aforesaid, of each of the following defendants: Best Choice Construction LLC and Raihana Nadem in the above-entitled action is hereby entered.