IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, ex rel. JACOB HALSOR | v. | BEST CHOICE CONSTRUCTION, LLC, et al. |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:20-cv-0063-HRH |

PROCEEDINGS: ORDER FROM CHAMBERS

The court is in receipt of defendant Dalbec's response[1] to the court's case status order of April 6, 2023.[2]

The court's case status order of April 6, 2023, was entered on the same day but prior to the receipt and docketing of Dalbec's answer.[3] Dalbec's answer has been filed. Dalbec is not in default.

The court understands that Dalbec is being transferred to another FCI. Dalbec will please provide the court with his new current address as soon as possible.

---

[1]Docket No. 53.

[2]Docket No. 50.

[3]Docket No. 51.

Order from Chambers – Case Status - 1 -