IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, ex rel. JACOB HALSOR | v. | BEST CHOICE CONSTRUCTION, LLC, et al. |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:20-cv-0063-HRH |

PROCEEDINGS: ORDER FROM CHAMBERS

    Plaintiff has moved for the entry of default judgment against defendants Best Choice Construction, LLC, and Raihana Nadem.[1] Entry of default judgment is controlled by Rule 55, Federal Rules of Civil Procedure. The court doubts that the United States' claims against Best Choice and Nadem are for a "sum certain" or sums that can be made certain by computation by the clerk, especially in light of the fact that the United States' second amended complaint does not specify the sums sought from the defaulted defendants.

    If the court is correct in its above supposition, proceedings for the entry of a default judgment against Best Choice and Nadem must be sought pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure. The court looks to the United States for guidance as to what proceedings are necessary in order to enter a default judgment against Best Choice and Nadem. In this regard, it may be more efficient to defer the entry of judgment against Best Choice and Nadem until proceedings as to defendants Dalbec and Nash have been completed. As to the latter proceedings, the court was expecting a report from the United States

---

[1] Docket No. 52.

Order from Chambers – Case Status    - 1 -

by April 19, 2023, concerning how the government intends to proceed regarding Dalbec and Nash, both of whom are appearing pro se and both of whom are incarcerated.

The United States' pending motion for entry of default judgment[2] is denied with leave to renew.

———————

---

[2]Docket No. 52.