U.S. Dist Court Dist of Alaska
Clerk of Court
Federal Bldg U.S. Courthouse
101 12th Ave. Rm 332
Fairbanks Alaska 99701

To the Clerk of Court:

I Ryan Dalbec have arrived at my destination and met with my unit team. Pending federal time credits and residential reentry I will be released within the next 4 to 6 months. This being said I am asking the court to file a motion to stay any further proceedings for 180 days so that can prepare a proper defense. It is extremely difficult to get an Alaska civil attorney to answer a prison phone mostly because of the prompts most offices have set up on their answering service. Also I have no access to my work computer, work files, payroll reports or anything else regarding these allegations against me. I hope that in the best intrests for justice the court can see fit to exercise this motion to stay to prepare for a fair trial for all parties involved in said allegations.

Thank you for your consideration in this matter.

Ryan Dalbec

Kyan Dalbec # 39041509
1001 Willow St
Federal Prison Camp
Maxwell AFB AL 36112
United States

MONTGOMERY AL 360

30 MAY 2023 PM 2 L

U.S. District Court Dist of Alaska
Clerk of Court
Federal Bldg U.S. Courthouse
101 12th Ave Rm 332
Fairbanks Alaska 99701

99701-629999

RECEIVED
JUN 05 2023
Clerk, U.S. District Court
Fairbanks, AK

Legal Mail