S. LANE TUCKER
United States Attorney

MARIE C. SCHEPERLE
Assistant U. S. Attorneys
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: Marie.Scheperle@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JACOB HALSOR,<br><br>Plaintiffs,<br><br>vs.<br><br>BEST CHOICE CONSTRUCTION LLC; RYAN DALBEC; RAIHANA NADEM; and BRIAN LOWELL NASH, II<br><br>Defendants. | Case No. 3:20-cv-00063-HRH |

**PLAINTIFF'S NON-OPPOSITION TO DEFENDANT DALBEC'S MOTION TO STAY**

The United States, through counsel, does not oppose Defendant Ryan Dalbec's motion to stay the case [Dkt. 68] for a one-time, 6-month extension of time so that he may attempt to retain counsel. The government does not

intend to agree to any future requests to stay.

        RESPECTFULLY SUBMITTED on June 6, 2023, at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ Marie C. Scheperle
Civil Chief
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on June 6, 2023,
a copy of the foregoing was served via
email on all counsel of record, including:

Jeffrey A. Newman
[jeffrey@jeffreynewmanlaw.com](mailto:jeffrey@jeffreynewmanlaw.com)

Lisa Rosano
[lrosano@weidnerjustice.com](mailto:lrosano@weidnerjustice.com)
*Attorneys for Relator*

*Via U.S. Certified Mail on:*

Raihana Nadem
4729 San Sebastián Dr
Woodland Hills, CA 91364

Best Choice Construction, LLC
ND Secretary of State (Registered Agent)
600 E Boulevard Ave Dept 108
Bismarck, ND 58505-0500

Ryan Dalbec- Defendant 36047509
USP Atlanta
U.S. Penitentiary
P.O. Box 150160
Atlanta, GA 30315

Brian Lowell Nash II- Defendant 36031-509
FCI Sheridan
Federal Correctional Institution
P.O. Box 5000
Sheridan, OR 97378

s/ Marie C. Scheperle
Office of the U.S. Attorney