IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* <br> JACOB HALSOR, <br>                             Plaintiff, <br>    vs. <br> BEST CHOICE CONSTRUCTION, LLC; <br> RYAN DALBEC; RAIHANA NADEM; <br> and BRIAN LOWELL NASH, II, <br>                             Defendants. | No. 3:20-cv-0063-HRH |

O R D E R

Motion for Stay

Defendant Dalbec moves for a 180-day (six months) stay of proceedings in this case.[1] Mr. Dalbec is currently incarcerated at the Federal Prison Camp, Maxwell AFB, Alabama, and expects to be released in four to six months. The motion is unopposed by plaintiff.[2]

The court infers from Mr. Dalbec's motion that he may not have received plaintiff's motion for partial summary judgment.[3] The court is aware of the fact that a copy of the court's order of May 10, 2023,[4] which was mailed to Mr. Dalbec was returned

---

    [1]Docket No. 68.

    [2]Docket No. 69.

    [3]Docket No. 64.

    [4]Docket No. 62.

"undeliverable" by the post office.[5]  As a result of the instant motion for stay, the court has a new address for Mr. Dalbec.  Plaintiff will please serve Mr. Dalbec with its motion for partial summary judgment at his new address:

> Ryan Dalbec, No. 36047509
> 1001 Willow Street
> Federal Prison Camp
> Maxwell AFB, Alabama 36112

The clerk of court will please mail a copy of the court's May 10, 2023, order and this order to Mr. Dalbec at his new address.

Mr. Dalbec's motion for a stay of proceedings for six months is granted. Mr. Dalbec's response to plaintiff's motion for partial summary judgment shall be served and filed no later than **December 8, 2023**.  See Rule 56, Federal Rules of Civil Procedure as regards proceedings on motions for summary judgment.

DATED at Anchorage, Alaska, this 8th day of June, 2023.

/s/ H. Russel Holland
United States District Judge

---

[5]Docket No. 67.