IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, ex rel. JACOB HALSOR | v. | BEST CHOICE CONSTRUCTION, LLC, et al. |
|---|---|---|
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:20-cv-0063-HRH |

PROCEEDINGS: ORDER FROM CHAMBERS

The court is in receipt of defendant Dalbec's request[1] for Clerk's Docket No. 64, plaintiff's motion for partial summary judgment. The court is also in receipt of plaintiff's non-opposition[2] to Dalbec's request, which advises that plaintiff has mailed Clerk's Docket Nos. 54 through 71 to defendant Dalbec at his current address, federal prison camp (Maxwell AFB), Alabama.

Dalbec's request is deemed moot.

---

[1] Docket No. 73.

[2] Docket No. 74.

Order from Chambers – Case Status                                                                 - 1 -