12/3/2023
#3:20CV-00063-HRH

Ryan Dalbee
130 Cordova St
Anchorage AK 99501

RECEIVED
DEC 11 2023
Clerk, U.S. District Court
Fairbanks, AK

To the Clerk of Court:

I Ryan Dalbee have arrived at my Anchorage RRC destination. I am currently calling many attorneys in the attempt to obtain counsel on my behalf. I have a couple that might be able to take my case but they won't know until after the holidays if they can take on new clients and fit me into their schedules. I am asking for an additional 60 days stayed from the December 8th date to secure counsel and prepare for my partial summary judgement response. This would be greatly appreciated in understanding of my current situation.

Thank you for the consideration in this matter.

Copy sent to: U.S. District Court
Dist. of Alaska
Clerk of Court
Federal Bldg U.S. Courthouse
222 W 7th Ave #4
Anchorage AK 99513-7564



Ryan Walker
130 Cordova St
Anchorage AK 99501

ALASKAN FRONTIER
995-997
6 DEC 2023 PM 1 L

U.S. District Court
Dist of Alaska
Clerk of Court
Federal Bldg U.S. Courthouse
101 12th Ave Rm 332
Fairbanks, AK 99701

RECEIVED

99701-$28935