S. LANE TUCKER
United States Attorney

MARIE C. SCHEPERLE
Civil Chief, Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: Marie.Scheperle@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA *ex rel.* JACOB HALSOR,<br><br>Plaintiffs,<br><br>vs.<br><br>BEST CHOICE CONSTRUCTION LLC; RYAN DALBEC; RAIHANA NADEM; and BRIAN LOWELL NASH, II<br><br>Defendants. | Case No. 3:20-cv-00063-HRH |
|---|---|

**PLAINTIFF'S RESPONSE IN OPPOSITION (PARTIAL) TO DEFENDANT DALBEC'S MOTION TO STAY**

The United States, through counsel, partially opposes Defendant Ryan Dalbec's second motion to stay the case [Dkt. 80] for an extension of time so that he may attempt to retain counsel. The Government is reluctant to agree to another lengthy stay because Mr. Dalbec has already had six months to explore obtaining counsel, and it is not clear

from his filing whether additional time would be fruitful. However, the Government agrees to a 30-day extension for this purpose. Should Mr. Dalbec retain counsel, the Government will consider any requests for extension to respond to the pending motion [Dkt. 64] at that time. If Mr. Dalbec is unable to retain counsel within 30 days, the Government requests that he respond to the pending motion.

RESPECTFULLY SUBMITTED on December 12, 2023, at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ Marie C. Scheperle
Civil Chief
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on December 12, 2023,
a copy of the foregoing was served via
email on all counsel of record, including:

Jeffrey A. Newman
jeffrey@jeffreynewmanlaw.com

Lisa Rosano
lrosano@weidnerjustice.com
*Attorneys for Relator*

*Via U.S. Certified Mail on:*

Raihana Nadem
4729 San Sebastián Dr
Woodland Hills, CA 91364

*U.S. ex rel. Halsor v. Best Choice Construction, LLC et. Al* -2-
Case No. 3:20-cv-00063-HRH

Best Choice Construction, LLC
ND Secretary of State (Registered Agent)
600 E Boulevard Ave Dept 108
Bismarck, ND 58505-0500

Ryan Dalbec
130 Cordova St.
Anchorage, AK 99501

Brian Lowell Nash II- Defendant 36031-509
FCI Sheridan
Federal Correctional Institution
P.O. Box 5000
Sheridan, OR 97378


s/ Marie C. Scheperle
Office of the U.S. Attorney

*U.S. ex rel. Halsor v. Best Choice Construction, LLC et. Al*   -3-
Case No. 3:20-cv-00063-HRH