Name: Ryan Dalbec
Address: 130 Cordova St, Anchorage AK 99501
Telephone: 602-622-6107

RECEIVED FEB 07 2024 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

U.S. of America ex rel Jacob Halser,

Plaintiff,

vs.

Ryan Dalbec Best Choice Construction, Raihana Nadem, Brian Nash,

Defendant(s).

Case No. 3:20-CV-0063-HRH

**MOTION**

to/for Motion to dismiss partial Summary Judgement

I, Ryan Dalbec, representing myself without a lawyer, move to/for Dismiss Motion for partial Supumory Judgement under the following statute(s)/rule(s) (if known) Federal Rule of Civil Procedure 12(b) for the following reason(s): The evidence presented is not clear facts. Project FA500019PA0116 Awarded Feb 28, 2019 for $485,000 under Jurisdiction and Venue Note 24 states I received quotes from Nash, I did not know nor have I meet Nash before or at the time of award for that project therefore this statement is untrue and not clear facts. Exhibit E Eielson F-35 Contract FA510420C0003 No false claim

PS12 (06/09)

Non-Prisoner Motion

there was never a claim submitted since the contract was terminated for convenience of the government and I was penalized $16,296.80 in total damages in costs to rebid that project. Exhibit D Contract FA500019PA164 there was never a claim submitted since the contract was also terminated for convenience of the government. This project was cancelled because of covid-19 and no penalty assessed. In conclusion there were no false claims submitted on behalf of contracts FA500019PA016, FA510042OC0005 or FA500019PA164.

## Declaration Under Penalty of Perjury

I, Ryan Dalbec, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 2/05/24, at Anchorage, Alaska.

_____
Signature

## Certificate of Service

I certify that a copy of the above motion was served, by ☒ first class U.S. mail ☐ fax ☐ hand-delivery, to U.S. Dist Court Dist of Alaska Clerk of Court at
(Opposing party or counsel)
Federal Bldg U.S. Courthouse
222 W 7th Ave #9 Rm 253
Anchorage Alaska 99513-7564 on 2/06/24.
(Address) (Date of mailing)

_____
Signature

Ryan Dalbec
130 Cordova St
Anchorage AK 99501



7015 0640 0007 1917 4408



U.S. District Court
District of Alaska
Clerk of Court
Federal Bldg. U.S. Courthouse
222 W 7th Ave #9 Rm 253
Anchorage AK 99513-7564

RECEIVED

FEB 07 2024

United States Attorney's Office