S. LANE TUCKER
United States Attorney

JACQUELYN A. TRAINI
MARIE C. SCHEPERLE
Assistant U. S. Attorneys
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Jackie.Traini@usdoj.gov
E-mail: Marie.Scheperle@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JACOB HALSOR,<br><br>Plaintiffs,<br><br>vs.<br><br>BEST CHOICE CONSTRUCTION LLC; RYAN DALBEC; RAIHANA NADEM; and BRIAN LOWELL NASH, II<br><br>Defendants. | Case No. 3:20-cv-00063-SLG |

**RESPONSE TO ORDER CERTIFY READINESS FOR TRIAL**

The United States, through counsel, responds to the Court's Order, at Docket 102, which orders the parties to certify that this case is ready for trial. The parties are not ready to certify this case ready for trial as discovery does not close until June 2, 2025. Dkt. 96.

As the Court's order provides, since the parties are unable to certify readiness for trial, Plaintiff hereby provides this status report on what remains to be done.

As the Court is aware, summary judgment on liability was granted as to Defendants Nash and Dalbec. Dkt. 97. The Government intends to continue to conduct discovery on issues which may be tried before this Court, including damages, and may file additional motion work regarding default on Defendants Nadem and Best Choice Construction, who have not answered or pled in this action.

RESPECTFULLY SUBMITTED on August 8, 2024, at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ Jacquelyn A. Traini
Assistant U. S. Attorney
United States of America

s/ Marie C. Scheperle
Assistant U.S. Attorney-Civil Chief
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on August 8, 2024,
a copy of the foregoing was served via
email on all counsel of record, including:

Jeffrey A. Newman
jeffrey@jeffreynewmanlaw.com

Lisa Rosano
lrosano@weidnerjustice.com
*Attorneys for Relator*

*Via U.S. First Class Mail on:*

Raihana Nadem
Bella Vista Med Spa,
3731 S Arizona Ave #2,
Chandler, AZ 85286

Best Choice Construction, LLC
ND Secretary of State (Registered Agent)
600 E Boulevard Ave Dept 108
Bismarck, ND 58505-0500

Ryan Dalbec
130 Cordova St.
Anchorage, AK 99501

Brian Lowell Nash II
1902 Milwaukee Way
Tacoma, WA 98421
brian.nash22@gmail.com

s/ Jacquelyn A. Traini
Office of the U.S. Attorney