MICHAEL J. HEYMAN
United States Attorney

JACQUELYN A. TRAINI
Assistant U. S. Attorney, Civil Chief
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Jackie.Traini@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* JACOB HALSOR,<br><br>Plaintiffs,<br><br>v.<br><br>BEST CHOICE CONSTRUCTION LLC; RYAN DALBEC; RAIHANA NADEM; and BRIAN LOWELL NASH, II<br><br>Defendants. | Case No. 3:20-cv-00063-KFR |

**UNITED STATES' NOTICE OF SETTLEMENT OF RELATOR SHARE**

Plaintiff, United States of America, by and through counsel, hereby notifies the Court that Plaintiff and the Relator have finalized and executed a settlement resolving the Relator's share of any proceeds recovered from Defendants Dalbec and Nash. The Relator will remain party to this action pending the ruling on Dkt. 130 and entry of final judgment.

This Notice is submitted in compliance with the Court's requirement for a status report currently set for August 31, 2026. Plaintiff respectfully requests that the Court deem this Notice sufficient to satisfy that reporting obligation.

RESPECTFULLY SUBMITTED on July 29, 2026, at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s/ Jacquelyn A. Traini
Civil Chief
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on July 29, 2026,
a copy of the foregoing was served via
email on all counsel of record, including:

Jeffrey A. Newman
jeffrey@jeffreynewmanlaw.com

Lisa Rosano
lrosano@weidnerjustice.com
*Attorneys for Relator*

*Via U.S. First Class Mail on:*

Raihana Nadem
12400 North Tatum Boulevard, Apt #1022,
Phoenix, AZ 85032

Best Choice Construction, LLC
ND Secretary of State (Registered Agent)
600 E Boulevard Ave Dept 108
Bismarck, ND 58505-0500

Ryan Dalbec
1941 S. Pierpont #2046
Mesa, AZ 85206

Brian Lowell Nash II
5005 Spirit Lake Hwy
Toutle, WA 98649-9701

/s/ Jacquelyn A. Traini
Office of the U.S. Attorney